# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.  2023 CW 0705

**AUGUST 14, 2023**

---

In Re:    Toni Flad Rossi, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-11187.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met. However, we note that unless otherwise agreed to by the parties, the report of a licensed mental health professional prepared pursuant to La. R.S. 9:331(B) is not admissible unless the licensed mental health professional is present at trial for cross-examination. See **Barker v. Barker,** 2014-0775 (La. App. 1st Cir. 11/7/14), 167 So.3d 703, 705; **Evans v. Evans,** 2017-0627 (La. App. 4th Cir. 5/16/18), 247 So.3d 120, 124.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.d*

DEPUTY CLERK OF COURT
   FOR THE COURT